IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-00155-F

| | | |
|---|---|---|
| ERNESTO CALDERON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| FOOD LION, LLC, | ) | |
| Defendant. | ) | |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to either party to move to reopen should settlement not be consummated on or before January 11, 2016. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before January 18, 2016.

SO ORDERED.

This, the ___1ˢᵗ___ day of December, 2015.

_____
JAMES C. FOX
Senior United States District Judge